UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | EDCV 16-138 DSF (KKx) | Date | 3/15/16 |
|---|---|---|---|
| Title | Albert Torres v. James Hardie Building Products, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order DENYING Motion to Remand; Order DENYING Motion to Dismiss (Dkt. Nos. 8, 12, 16)[1]

The motion for remand is DENIED. While the amount in the notice of removal is close to the $5,000,000 CAFA threshold, Defendant's calculations are reasonable, if not conservative, and they are based on competent evidence. Defendant has demonstrated by a preponderance of the evidence that the amount in controversy is over the jurisdictional limit.

The motion to dismiss is DENIED. Plaintiff has provided a short and plain statement that recites the acts at issue. That is all that is required.

IT IS SO ORDERED.

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 21, 2016 is removed from the Court's calendar.